# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2098 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | 123 DB 2014 |
| | : | |
| v. | : | Attorney Registration No. 40703 |
| | : | |
| CHARLES JOSEPH DIORIO, | : | (Chester County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of November, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated September 3, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Charles Joseph Diorio is suspended on consent from the Bar of this Commonwealth for a period of five years and he shall comply with all the provisions of Rule 217, Pa.R.D.E.